*Alvan Stewart et al.* v. *David Burt et al.*   A. STEWART,
for complainants; E. G. SPAULDING and J. RHOADES, for de-
fendant Burt.   Application by defendant Burt to open the or-
der closing proofs so far as to allow him to examine A. Palm-
er as a witness, denied with costs to be taxed.

*John Garrison* v. *George W. Travis et al.*   T. NELSON, for
appellant.   (Heard exparte.)   That part of the order of the
vice chancellor of the second circuit which is appealed from,
reversed with costs to be paid by committee of Travis out of
the funds in his hands as such committee.   Proceedings re-
mitted to vice chancellor.

*Nancy Ann Bell* v. *John A. Bell.*   H. V. D. VAN EPPS, for
complainant.   Decree for divorce, on the ground of adultery;
with liberty to complainant to apply to the court from time to
time, on the foot of the decree, for an allowance for alimony
and for the support of minor children.   Complainant to have
the care and custody of the minor children.